# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2013

147630

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LESTER LEWIS MASON,
      Defendant-Appellant.

SC: 147630
COA: 317127
Wayne CC: 91-007980-FC

_____/

On order of the Court, the application for leave to appeal the July 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



d1118

Clerk